EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 7 2003

at ____ o'clock and ____ min. __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     vs.                      )<br>                              )<br> PETER KAWIKA MAHI,           )<br>                              )<br>          Defendant.          )<br>_____) | CR. NO. **CR03-00396 SOM**<br><br>INDICTMENT<br><br>(18 U.S.C. § 922(g)(3)) |

INDICTMENT

The Grand Jury Charges:

On or about July 26, 2003, in the District of Hawaii, the defendant, PETER KAWIKA MAHI, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting

commerce a firearm and ammunition, that is: a loaded Sterling caliber .22 pistol and 54 CCI .22 caliber cartridges.

All in violation of Title 18, United States Code, Sections 922(g)(3).

DATED: AUG 7 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

USA v. MAHI;
"Indictment"