ORIGINAL

LODGED

EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

AUG 18 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 20 2008

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-00396 SOM |
| Plaintiff, | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | |
| PETER KAWIKA MAHI, | |
| Defendant. | |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That the defendant Peter Kawika Mahi is presently charged in the above-captioned criminal case with violations of the term of supervised release (TSR) imposed as part of his sentence, in violation of 18 U.S.C. § 3583(h), and is now detained in State custody in the Halawa Correctional Facility, 99-902 Moanalua Road, Aiea, Hawaii 96702, in the custody of the

Warden, Administrator or Superintendent.  It is necessary to have said defendant present in the above-entitled case for Order to Show Cause hearing on September 2, 2008, at 2:15 p.m., in the courtroom of the Honorable Susan Oki Mollway, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, as well as other hearings that may be necessary in connection with this TSR revocation action; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden, Administrator or Superintendent to produce said defendant to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the TSR revocation action now pending against the defendant.

   WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden, Administrator or Superintendent commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable Susan Oki Mollway in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination

//
//

of the TSR revocation action now pending against defendant return him to the Halawa Correctional Facility, 99-902 Moanalua Road, Aiea, Hawaii, 96702

DATED: August 14, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
Michael K. Kawahara
Assistant U.S. Attorney

O R D E R

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

DATED: Honolulu, Hawaii, _____8/19/08_____.

_____
UNITED STATES MAGISTRATE JUDGE


United States v. Peter Kawika Mahi
Cr. No. 03-00396 SOM

Application and Order for Writ of
Habeas Corpus Ad Prosequendum