ORIGINAL   LODGED

AUG 18 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 20 2008

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.  03-00396 SOM |
| ) | |
| Plaintiff, ) | WRIT OF HABEAS CORPUS AD |
| ) | PROSEQUENDUM |
| vs. ) | |
| ) | |
| PETER KAWIKA MAHI, ) | |
| ) | |
| Defendant. ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The Warden, Administrator or Superintendent, Halawa Correctional Facility, 99-902 Moanalua Road, Aiea, Hawaii, 96702, and to the United States Marshal for the District of Hawaii, or his/her assistant.

G R E E T I N G S

We command that you, the Warden, Administrator or Superintendent, Halawa Correctional Facility, 99-902 Moanalua Road, Aiea, Hawaii, 96702, produce the body of defendant Peter Kawika Mahi, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said

defendant Peter Kawika Mahi before the Honorable Susan Oki Mollway, United States District Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on 2nd, September 2008, the hour of 2:15 p.m., for violations of the term of supervised release (TSR) imposed as part of his sentence of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said defendant Peter Kawika Mahi shall remain with the United States Marshal. The delivery of the body of said defendant Peter Kawika Mahi by the United States Marshal to the courtroom of the Honorable Susan Oki Mollway as aforesaid until termination of the TSR revocation action now pending against defendant and the return by the United States Marshal of said defendant Peter Kawika Mahi to the custody of the Halawa Correctional Facility, 99-902 Moanalua Road, Aiea, Hawaii, 96702, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Susan Oki Mollway, District Judge of the United States District Court for the District of Hawaii.

DATED: AUG 2 0 2008 , at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK

United States v. Peter Kawika Mahi
Criminal No. 03-00396 SOM

"Writ of Habeas Corpus Ad Prosequendum"