# MINUTES

CASE NUMBER:     CR 03-00396SOM

CASE NAME:     USA vs. Peter Kawika Mahi

ATTYS FOR PLA:     Michael Kawahara
                   Kevin Teruya (USPO)

ATTYS FOR DEFT:     Pamela Byrne

INTERPRETER:

JUDGE:     Susan Oki Mollway          REPORTER:     Debra Chun

DATE:     9/5/2008                    TIME:         9:45 - 10:05

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Peter Kawika Mahi present and in custody.

Defendant admits to violation nos. 1, 2 and 4 (violation no. 3 was deleted).

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 24 Months.

No further supervised release imposed.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATION: 1) West coast facility; 2) Vocational and Educational Programs; 3) Drug Treatment; 4) Construction Trade Program.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.