AO 245D    (Rev. 12/03)  Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court

## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 08 2008

at _3_ o'clock and _15_ min. _P_ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

**PETER KAWIKA MAHI**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:    <u>1:03CR00396-001</u>
USM Number:    89316-022

**Pamela Byrne AFPD**
Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of conditions   <u>General Condition and Standard Condition No. 7</u>   of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    <u>1009</u>

Defendant's Residence Address:
**Volcano, Hawaii 96785**

Defendant's Mailing Address:
**Hilo, Hawaii 96720**

SEPTEMBER 5, 2008
Date of Imposition of Sentence

Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

SEP 0 8 2008

Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00396-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | PETER KAWIKA MAHI | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject engaged in conduct constituting Promoting a Dangerous Drug in the Third Degree | 9/11/07 |
| 2 | Subject engaged in conduct constituting Prohibited Acts Related to Drug Paraphernalia | 9/11/07 |
| 3 | Subject illegally possess a controlled substance and/or paraphernalia related to a controlled substance | 9/11/07 |

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER:        1:03CR00396-001                                    Judgment - Page 3  of  3
DEFENDANT:         PETER KAWIKA MAHI

# IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TWENTY FOUR (24) MONTHS

[✔]    The court makes the following recommendations to the Bureau of Prisons:
1) West coast facility; 2) Vocational and Educational Programs; 3) Drug Treatment; 4) Construction Trade Program.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By    _____
Deputy U.S.  Marshal