AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | Case Number: CR 03-00396SOM-01 |

PETER KAWIKA MAHI

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2008

at ___ o'clock and ___ min. ___ M.

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST PETER KAWAIKA MAHI and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

U.S. MARSHALS SERVICE
HONOLULU, HI.

2007 OCT -2  PM 2: 14

RECEIVED

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| _(signature)_ | |
| Signature of Issuing Officer/Deputy Clerk | OCTOBER 2, 2007 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL WARRANT     By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at  Honolulu, HI | | |
| Date Received   10-2-07 | NAME AND TITLE OF ARRESTING OFFICER  Russell Nakasato  DUSM | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest   9-2-08 | | |